IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL HALL, # B-40832,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-665-NJR |
| | ) |
| **IDOC,** | ) |
| **WEXFORD HEALTH SERVICES,** | ) |
| **CONNIE HOLMES,** | ) |
| **and DR. PATEL,** | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff is currently incarcerated at Pontiac Correctional Center ("Pontiac"), located in the Central District of Illinois. He submitted his *pro se* civil rights complaint to this Court via electronic transmission from Pontiac, complaining of events that took place at that institution, which have no discernible connection to the Southern District of Illinois. The Clerk of Court filed the complaint as Plaintiff requested, without realizing that Plaintiff has been banned from filing any new cases in this District, in accordance with *Support Sys. Intl, Inc. v. Mack*, 45 F.3d 185 (7th Cir. 1995). Prior to the imposition of this filing restriction, he had accumulated more than three "strikes" as defined in 28 U.S.C. § 1915(g), but continued to file additional cases.

On June 26, 2013, in *Hall v. Rovner, et al.*, Case No. 13-cv-270-GPM (S.D. Ill.), Doc. 6, this Court restricted Plaintiff from filing any new action here (with the exception of a petition for writ of habeas corpus or documents filed as a criminal or civil defendant) until he pays the outstanding filing fees he has incurred through bringing numerous prior cases in this Court. Plaintiff was instructed that the Clerk of Court would return unfiled any documents he might

submit in violation of the filing restriction. Since the entry of that order, Plaintiff has made no payments toward his outstanding fees of $6,507.66. By the terms of that order, he may not apply to the Court for a modification or rescission of the filing restriction until June 26, 2015, at the earliest.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED**, because Plaintiff submitted his complaint in violation of this Court's order of June 26, 2013, under which he is prohibited from filing any new action in this district.

The Clerk is **DIRECTED** to administratively close this case. Any pending motions are **TERMINATED AS MOOT.**

Plaintiff shall not be assessed a filing fee for this action, as it was opened in error.

Because the complaint was electronically submitted, there are no documents to return to Plaintiff.

**IT IS SO ORDERED.**

**DATED: June 13, 2014**

Digitally signed by Nancy J Rosenstengel
Date: 2014.06.13 08:54:30 -05'00'

Nancy J. Rosenstengel
United States District Judge